

| *Debtor:* **JEANETTE REYNOLDS SANTOS** | *Case No.:* **09-01454** |
|---|---|
| *Joint Debtor:* | Chapter 7 |
| | *Docket No.:* **19** |

## ORDER ON REAFFIRMATION AGREEMENT

| *Agreement with:* | **HFS Federal Credit Union** |
|---|---|
| *Hearing:* | |

The court having reviewed the reaffirmation agreement between the Debtor(s) and the above-named creditor,

IT IS HEREBY ORDERED:

Court approval of the reaffirmation agreement is not required; the court makes no determination.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: 07/27/2009